# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0008

VERSUS

ERIC AUGUSTUS

**MARCH 6, 2023**

---

In Re:    Eric Augustus, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-18-0508.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Office of the East Baton Rouge Parish Clerk of Court reflect that the district court acted on relator's petition for a writ of habeas corpus, filed November 17, 2022, on December 15, 2022. The records further reflect the district court acted on relator's petitions for a writ of habeas corpus, filed August 15, 2018 and October 2, 2018, on October 17, 2018 and September 8, 2020, respectively.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT